

# Fourth Court of Appeals
## San Antonio, Texas

November 06, 2013

No. 04-12-00813-CR

Tracy Devon **BROWN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR5633
The Honorable Angus McGinty, Judge Presiding

# O R D E R

The Appellant's motion for extension of time to file the reply brief is GRANTED. Time is extended to December 6, 2013.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of November, 2013.

_____
Keith E. Hottle
Clerk of Court